1
 United Services Automobile Association; and State Farm Mutual Automobile Insurance Company, Petitioners: v. Anthony Wenzell. Respondent No. 24SC372
Supreme Court of Colorado, En Banc
March 10, 2025
 
           Court
 of Appeals Case No. 23CA1327
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 the restrictions from section 10-3-1118, C.R.S. (2024), which
 solely govern "a failure-to-cooperate defense"
 arising from an insured's failure to provide "the
 information the [first-party] insurer seeks," section
 10-3-1118(1)(a), may extend to other, dissimilar defenses
 arising from neither (i) the insurance contract's
 cooperation provision nor (ii) an insurer's request for
 information directly from the insured.
 
 
          Whether
 the court of appeals' nullification of all exhaustion
 provisions in excess underinsured-motorist policies conflicts
 with this court's principle that underlying insurance
 "must first be exhausted" before excess insurance
 responds. Public Service Co. of Colorado v. Wallis &
 Cos., 986 P.2d 924, 941 (Colo. 1999).
 
 
          Whether
 the court of appeals erred in conflating the specific
 contract duty to "provide written authorization for
 [petitioner] to obtain: (a) medical bills; (b) medical
 records; (c) wage, salary, and employment information; and
 (d) any other information we deem necessary to substantiate
 the claim," with the general duty to cooperate.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.
 
 
          
 JUSTICE HART does not participate.